UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KELLY ANN SMITH
                                                        : Bankruptcy No. 14-13771REF
      Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 3, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING PA 19610-

KELLY ANN SMITH
361 ROSECLIFF DRIVE
DOUGLASSVILLE,PA.19518