United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-13771-ref
Kelly Ann Smith                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Nov 03, 2016
                              Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db          #+Kelly Ann Smith,   361 Rosecliff Drive,   Douglassville, PA 19518-9502
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
r            +Barbara J. Gulick,   Berkshire Hathaway HomeServices,   Fox & Roach, Realtors,
               201 Second Ave., Ste 102,   Collegeville, PA 19426-3616
13304059     +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13304060     +Good Shepherd Rentals,   719 E. Lincoln Avenue,   Myerstown, PA 17067-2220
13304061     +KML Law Group, P.C.,   701 Market St., Ste. 5000,   BNY Independence Ctr.,
               Philadelphia, PA 19106-1541
13304062     +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13407742     +PNC MORTGAGE,   Attn: Bankruptcy Department,   3232 Newmark Drive,   Miamisburg, OH 45342-5433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Nov 04 2016 01:48:49      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2016 01:48:44
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2016 01:48:50      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                    TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13304058      Allen J. Leets, Jr.
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN MCCOY OTTO   on behalf of Debtor Kelly Ann Smith steve@sottolaw.com,  info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

KELLY ANN SMITH
                                                : Bankruptcy No. 14-13771REF
             Debtor(s)                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                          BY THE COURT

**Date: November 3, 2016**

                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING PA 19610-

KELLY ANN SMITH
361 ROSECLIFF DRIVE
DOUGLASSVILLE,PA.19518